# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALUM VAUGHNS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BERRY GLOBAL, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:21-cv-02159-JLS-MRW<br><br>**ORDER GRANTING STIPULATION TO REMAND (DOC. 24)** |

1 | Having considered Plaintiff Kalum Vaughn's and Defendants Berry Global, Inc.'s stipulation to remand (Doc. 24), and good cause appearing, this Court hereby orders that the action be remanded to the Superior Court of California, County of San Bernardino, Case No. CIV SB 2129167.

Neither Plaintiff nor Defendant is entitled to claim attorneys' fees or costs in relation to the removal and remand of this action.

**IT IS SO ORDERED.**

DATED: July 11, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE